```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

N.A.S.C.,                          *

    Petitioner,                    *

vs.                                *
                                        CASE NO. 4:22-CV-191 (CDL)

WARDEN, STEWART DETENTION         *
CENTER,
                                       *

    Respondent.
                                       *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 18, 2023. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 12th day of October, 2023.

                                                                s/Clay D. Land
                                                                CLAY D. LAND
                                                                U.S. DISTRICT COURT JUDGE
                                                                MIDDLE DISTRICT OF GEORGIA